IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2011 OCT 24 A 9:55
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| RBC BANK (USA), *successor by name change to* RBC CENTURA BANK, | * |
| PLAINTIFF/COUNTER-DEFENDANT, | * |
| v. | CASE NO. 1:11-cv-01351-ELH |
| M. MICHAEL MASSUMI *et ux.*, | * |
| DEFENDANTS/COUNTER-PLAINTIFFS. | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER MODIFYING SCHEDULING ORDER

Having considered the parties' joint request for a modification of the August 29, 2011 Scheduling Order (the "Scheduling Order"), good cause having been shown, it is hereby:

**ORDERED**, that the Scheduling Order is modified such that the November 10, 2011 deadline for completion of fact discovery is extended to February 10, 2012, to coincide with the deadline for expert discovery and supplementation of discovery responses.

Date: Oct 21, 2011

_____
JUDGE, UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

cc:

Andrew L. Cole, Esq.
Bradley F. Fowler, Esq.
Franklin & Prokopik
Two N. Charles Street, Ste. 600
Baltimore, MD 21201

*Attorneys for Plaintiff*

Steven K. Fedder, Esq.
Leitess Leitess Friedberg + Fedder PC
10451 Mill Run Circle
Suite 1000
Owings Mills, MD 21117

*Attorneys for Defendants/Counter-Plaintiffs*