IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2011 OCT 28  P 4: 37
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | |
|---|---|
| RBC BANK (USA) | * |
| Plaintiff/ Counter-Defendant, | * |
| v. | * Case No. 1:11-cv-01351-ELH |
| M. MICHAEL MASSUMI, et al. | * |
| Defendants/ Counter-Plaintiffs | * |

Approved.
ELH
USDJ
10/28/11

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION EXTENDING TIME FOR DEFENDANTS TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS AMENDED COUNTERCLAIM AND STRIKE AFFIRMATIVE DEFENSES

Plaintiff RBC Bank (USA) and Defendants M. Michael Massumi, et al., by their undersigned counsel, hereby stipulate to an extension, up to and including Monday, October 31, 2011, for Defendants to respond to Plaintiff's *Motion to Dismiss Amended Counterclaim and Strike Affirmative Defenses (Doc. No. 17)*.

|   |   |
|---|---|
|   | *Respectfully submitted,* |
| /s/ Jennifer S. Lubinski | /s/ Andrew L. Cole (jsl w/ permission) |
| Steven K. Fedder (Bar No. 00873) | Andrew L. Cole (Bar No. 14865) |
| Jennifer S. Lubinski (Bar No. 25160) | Franklin & Prokopik, P.C. |
| Leitess Leitess Friedberg + Fedder PC | Two N. Charles St, Suite 600 |
| One Corporate Center | Baltimore, MD 21201 |
| 10451 Mill Run Circle, Suite 1000 | (410) 752-8700 |
| Owings Mills, MD 21117 | acole@fandpnet.com |
| (410) 581-7400 | *Attorneys for Plaintiff* |
| Steven.fedder@llff.com |   |
| Jennifer.lubinski@llff.com |   |
| *Attorneys for Defendants* |   |